IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JERRY WAYNE JARVIS
ADC #109687                                                                                           PLAINTIFF

v.                              3:25-cv-00047-DPM-JJV

CHRIS HORAN, Doctor, Wellpath                                                        DEFENDANT

## ORDER

    Plaintiff has filed a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging Defendant Dr. Chris Horan failed to provide him with constitutionally adequate medication while he was in the Northeast Arkansas Community Correction Center in December 2024. (Doc. 2.) The Court has concluded, for screening purposes only, Plaintiff has pled a plausible claim for relief against Defendant Horan. (Doc. 5.) And counsel has agreed to accept service on Defendant's behalf.

    IT IS, THEREFORE, ORDERED THAT the Clerk of Court shall prepare a summons for Defendant Horan through his attorney, Mr. Kirkman T. Dougherty, Hardin, Jesson & Terry Law Firm, 5000 Rogers Ave, Suite 500, Fort Smith, AR 72903. The U.S. Marshal shall serve the summons and Complaint (Doc. 2) without prepayment of fees and costs or security therefor.

    DATED this 18th day of June 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE