IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY WAYNE JARVIS<br>ADC #109687, | * * * | |
| Plaintiff, | * | |
| v. | * * | No. 3:25-cv-00047-JJV |
| CHRIS HORAN,<br>Doctor, Wellpath | * * * | |
| Defendant. | * | |

## MEMORANDUM AND ORDER

Jerry Wayne Jarvis (Plaintiff) filed this *pro se* action seeking relief under 42 U.S.C. § 1983 while he was in the Northeast Arkansas Community Correction Center (NACCC). (Doc. 2). In April 2025, I granted him permission to proceed *in forma pauperis* (IFP), advised him of his obligation under Local Rule 5.5(c)(2) to maintain a valid address with the Clerk, and cautioned him this case could be dismissed if he failed to properly do so. (Doc. 3.) Recently, mail sent by the Court to Plaintiff at the NACCC, which is his last known address, was returned undelivered. (Doc. 11.) Accordingly, on July 14, 2025, I ordered Plaintiff to update his mailing address and IFP application within thirty days and cautioned him this case would be dismissed if he failed to timely do so. (Doc. 12.) Plaintiff has not complied with that Order, and the time to do so has passed.

IT IS, THEREFORE, ORDERED THAT:

1. The Complaint (Doc. 2) is DISMISSED without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 21st day of August 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE