**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JERRY WAYNE JARVIS            *
ADC #109687,                 *
                             *
            Plaintiff,       *
                             *
v.                           *          No. 3:25-cv-00047-JJV
                             *
CHRIS HORAN,                 *
Doctor, Wellpath             *
                             *
            Defendant.       *

**JUDGMENT**

Consistent with the Memorandum and Order that was entered this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. And I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 21st day of August 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1